UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
                                  :   **SCHEDULING ORDER**
v.                                :
                                  :
                                  :
CHANG TING YEH,                   :   7:25-cr-164 (PMH)
                                  :
                                  :
            Defendant.            :
------------------------------------------------------------x

A Status Conference is scheduled for April 22, 2025 at 9:00 a.m. in Courtroom 218 at the White Plains Courthouse. Defendant may waive his appearance to be present at the conference.

**SO ORDERED:**

Dated: White Plains, New York
       April 17, 2025

_____
Philip M. Halpern
United States District Judge