UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA                                     :        **<u>ORDER</u>**

    - v -                                            :

CHANG TING YEH,                                             :        7:25-CR-164 (PMH)

          Defendant.                        :
                                  X
-------------------------------------------------------------

Philip M. Halpern, United States District Judge:

On April 14, 2025, the Court accepted Defendant Chang Ting Yeh's guilty plea and adjudged him guilty of the offense charged in Count One of the Information for Possession of Child Pornography in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2). The Court also denied Defendant's application to continue his bail pending sentencing on October 21, 2025 because he had not clearly shown that there were exceptional reasons under 18 U.S.C. § 3145(c) why he should not be detained under 18 U.S.C. § 3143(a)(2). Therefore, the Court ordered Defendant to surrender to the U.S. Marshal's Service in the White Plains Courthouse by April 28, 2025 before 2:00 p.m. ("April 14, 2025 Surrender Order").

On April 14, 2025, the Government filed a letter following the guilty plea advising the Court that "it intends to recommend that no sentence of imprisonment be imposed upon the defendant. Accordingly, the defendant need not establish that there are exceptional circumstances that support his release and the Court may allow the defendant to remain on bail pending sentencing if the Court finds, by clear and convincing evidence, that the defendant is not likely to flee or pose a danger to any other person or the community. *See* 18 U.S.C. § 3143(a)(2)(A)(ii) and (a)(2)(B)." (Doc. 26). On April 14, 2025, Defendant also filed a letter requesting that Defendant's release conditions be continued pending sentencing. (Doc. 31).

As the Court determined at the April 14, 2025 Plea Hearing, Defendant has established by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or the community if released. Accordingly, the Court's April 14, 2025 Surrender Order is vacated and Defendant's current bail conditions are continued until his sentencing.

The Clerk of Court is respectfully directed to terminate the pending letter-motions (Docs. 25 and 31).

**SO ORDERED:**

Dated: White Plains, New York
      April 22, 2025

Philip M. Halpern
United States District Judge