UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
            v.                      :            7: 25 CR 164 (PMH)
                                    :
CHANG TING YEH,                     :            **ORDER**
                                    :
            Defendant.              :
--------------------------------------------------------------x

At the sentencing hearing on October 21, 2025, and for the reasons stated on the record, the Court imposed a sentence of, among other things, TIME SERVED. Accordingly, Defendant is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration or law enforcement authorities.


Dated:  White Plains, New York
        October 21, 2025


                                    SO ORDERED:

                                    _____
                                    Philip M. Halpern
                                    United States District Judge