# Federal Defenders
## OF NEW YORK, INC.

Tamara L. Giwa
*Executive Director*

Application granted. Defendant's conditions of supervised release are modified such that he may return to Taiwan provided that: (1) he communicates his travel plans to Probation in advance of his travel and provides Probation his travel information so Probation can verify that he has returned to Taiwan; and (2) his term of supervised release shall not run while he is not in the United States and, if he returns to the United States, he must notify Probation immediately upon his return to recommence supervision. All other conditions of Defendant's supervised release remain in full force and effect.  The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 44).

SO ORDERED.

_____

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        February 2, 2026

**BY ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:    *United States v. Chang Ting Yeh,* 25-cr-164 (PMH)

Dear Honorable Judge Halpern:

I am writing to request that Mr. Yeh's supervision conditions be modified to permit him to return to Taiwan.

As Your Honor likely recalls, on October 21, 2025, Mr. Yeh was sentenced to time served with five years of supervised release. Amongst his release conditions, was the requirement that he comply with the United States immigration laws. Mr. Yeh was present in the United States on an F1 student visa at the time of his arrest on the underlying charges. As a result of his arrest, he was kicked out of school and thus no longer eligible for an F1 via. However, he was required to remain in the United States to face prosecution on the instant matter. Since his sentencing, the parties and Probation have been working together to determine how Mr. Yeh can return to Taiwan to comply with the immigration law while also remaining compliant with his release conditions.

I spoke with Mr. Yeh's supervising probation officer in the Eastern District of New York, Christina Bourque, copied to this letter, earlier today. She indicated that United States Probation does not oppose Mr. Yeh returning to Taiwan as long as (1) he communicates his travel plans in advance and provides his travel information so Probation can verify that he has returned to Taiwan and (2) his supervised release term does not run while he is not in the country and, should he return to the United States, he notify Probation of his return so he can recommence supervision. I have conferred with the government through Assistant United States Attorney Jeffrey Coffman, and the government does not oppose this request. Therefore, I respectfully request that Mr. Yeh's supervised release conditions be modified to permit him to return to Taiwan with the conditions proposed by United States Probation noted above.

Thank you for your time and consideration.

Respectfully submitted,

Elizabeth K. Quinn
Assistant Federal Defender

cc:   Jeffrey Coffman, AUSA
Christina Bourque, USPO