

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

> Application granted.  The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 47).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         April 21, 2026

**VIA ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:     *United States v. Chang Ting Yeh*
        25 Cr. 164 (PMH)

Dear Judge Halpern:

The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter.  As set forth in the accompanying Declaration, all right, title, and interest of the Defendant, Chang Ting Yeh, in the Specific Property was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property (Docket Entry 43) and no third-party claims have been filed within the statutory period.

Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Specific Property according to law.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By: _____
    Emily Deininger
    Assistant United States Attorney
    Tel. (914) 993-2472

*Enclosure*